Effie F. Anastassiou, Esq. (SBN 96279)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California  93902
Telephone:  (831) 754-2501
Facsimile:   (831) 754-0621

Attorney for Plaintiff,
Mainas Farms, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| MAINAS FARMS, LLC, a California Limited Liability Company;<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HAYES PRODUCE MARKETING LP., a California Limited Partnership; and TIMOTHY HAYES, an individual;<br><br>　　　　　Defendants.<br>_____ | **CASE NO. 5:13-cv-04492-PSG**<br><br>**REQUEST TO VACATE STATUS CONFERENCE AND** |

　　　　Plaintiff, MAINAS FARMS, LLC ("Plaintiff") hereby respectfully requests that this Court vacate the status conference (the "Status Conference") currently scheduled in the above referenced case for January 7, 2014 at 10:00 a.m.[1]

　　　　Default has been entered as to the only defendants in this case, HAYES PRODUCE MARKETING LP and TIMOTHY HAYES (collectively, "Defendants")[2]. Plaintiff is currently in the process of preparing a request for entry of default judgment against the Defendants.

//

//

---

[1] ECF No. 4.

[2] ECF No. 14.

1    Accordingly, there are currently no topics to discuss at the Status Conference and Plaintiff
2 requests that the Status Conference be vacated.

3                                            Respectfully Submitted,

4                                      By:  /s/ Effie F. Anastassiou
                                            Effie F. Anastassiou,
5                                            Attorneys for Mainas Farms, LLC

7 F:\MFF\Hayes Produce Collection\Pleadings\Request to Vacate Status Conference.wpd

